IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ALICE BUFKIN**                                                                                                **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 5:07CV147 DCB-JMR**

**PETE GEREN**
**SECRETARY OF THE ARMY**                                                   **DEFENDANT**

## CORRECTED ORDER

**THIS CAUSE** comes before the Court on the Plaintiff's Unopposed Motion for Extension of Time to file a Response to the Defendant's Motion for Summary Judgment.

Having reviewed the record and the finding the motion both unopposed and well taken, it is hereby **GRANTED** that the Plaintiff shall have until March 17, 2009 to file her response to Defendant's Motion for Summary Judgment.

**SO ORDERED,** THIS, the   13th   day of    March   , 2009.


                                                                     s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE